## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| REBECCA C. ABEYTA,                                                    ) | |
|                                                                          ) | |
|         Plaintiff                                                        ) | |
|                                                                          ) | |
| v.                                                                       ) | |
|                                                                          )   **Docket No. 1:15-cv-00429-JDL** | |
| TROOPER THOMAS N. BUREAU, II, and                 ) | |
| UNKNOWN SUPERVISOR, and COL. ROBERT       ) | |
| A. WILLIAMS, CHIEF OF MAINE STATE               ) | |
| POLICE                                                                ) | |
|                                                                          ) | |
|         Defendants                                                    ) | |

## MOTION TO DISMISS

NOW COMES the Plaintiff by and through undersigned counsel, and respectfully moves this Court to Dismiss the pending action.  The grounds for this Motion are that Plaintiff and Defendant have resolved the action through a confidential Settlement.  Counsel for Defendants has authorized me to represent that he has no objection to this Motion.


Dated:  12/23/15                                         /s/ Michael J. Waxman
                                                                  Attorney for Plaintiff
                                                                  Rebecca C. Abeyta

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| REBECCA C. ABEYTA, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | )   **Docket No. 1:15-cv-00429-JDL** |
| TROOPER THOMAS N. BUREAU, II, and | ) |
| UNKNOWN SUPERVISOR, and COL. ROBERT | ) |
| A. WILLIAMS, CHIEF OF MAINE STATE | ) |
| POLICE | ) |
| | ) |
|     Defendants | ) |

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of December, 2015 Plaintiff's Motion to Dismiss was sent electronically to the CM/ECF system which will in turn, send copies to all counsel of record.

Dated:  12/23/15                                                  /s/ Michael J. Waxman, Esq.
                                                                          Michael J. Waxman, Esq.
                                                                          Attorney for Plaintiff
                                                                          Rebecca Abeyta

Michael J. Waxman, Esq.
120 Exchange Street, 6th Floor
P.O. Box 375
Portland, Maine 04112-0375
(207) 772-9558  phone
www.waxmanlaw.us

2